O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETH YUNARI CABALLERO PORTILLO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-01439-SSS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 13).  The objections period has been waived.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) granting Petitioner's Motion to Dismiss (Dkt. 11); and (2) dismissing the case as moot.

DATED:  April 30, 2026

_____
Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE

1