JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCARLETH YUNARI
CABALLERO PORTILLO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-01439-SSS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Petitioner's Motion to Dismiss is GRANTED. The Petition is dismissed as moot.

DATED: April 30, 2026

_____

Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE